**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 25-cv-20200-DAMIAN**

**ALEJANDRO ESPINOZA**,

Plaintiff,

v.

**TRIUMPH MOTORCYCLES (AMERICA) LIMITED CORPORATION**,

Defendant.
_______________________________________/

## ORDER DISMISSING CASE

**THIS CAUSE** came before the Court upon Plaintiff, Alejandro Espinoza's, Notice of Voluntary Dismissal with Prejudice [ECF No. 10] (the "Notice"), filed March 20, 2025. Rule 41(a)(1)(A)(i) provides that a plaintiff may dismiss an action before the opposing party serves either an answer or a motion for summary judgment. Here, no answer nor motion for summary judgment was filed. *See generally* docket. Accordingly, based on the Notice, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to **CLOSE** the case, and any pending Motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 24th day of March, 2025.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**